**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Rene Maldonado SOSA, also known as Samuel Valencia, also known as Samuel Rodriguez Valencia, also known as Samuel Valencia–Rodriguez, Defendant–Appellant.**

**No. 11–20315**
**Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

Dec. 30, 2011.

Renata Ann Gowie, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, Laura Fletcher Leavitt, H. Michael Sokolow, Assistant Federal Public Defenders, Federal Public Defender's Office, Houston, TX, for Defendant–Appellant.

Before GARZA, SOUTHWICK, and HAYNES, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Rene Maldonado Sosa has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v.*

---

*Flores,* 632 F.3d 229 (5th Cir.2011). Sosa has filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Sosa's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2. Sosa's motion to proceed pro se and to file a separate pro se brief is DENIED. *See United States v. Wagner,* 158 F.3d 901, 902–03 (5th Cir.1998).

---

\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.